**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------X
In re:                                              :     CHAPTER 11

LATEX FOAM INTERNATIONAL, LLC.;  :     CASE NO. 14-50845
PURELATEX BLISS, LLC.;                    :     CASE NO. 14-50846
LATEX FOAM INTERNATIONAL         :     CASE NO. 14-50847
   HOLDINGS, INC.;                             :
PLB HOLDINGS, LLC                           :     CASE NO. 14-50848
LATEX FOAM ASSETS                         :     CASE NO. 14-50849
   ACQUISITION, LLC                         :
                                                              :
       Debtors                                   :
---------------------------------------------------X

**APPLICATION OF THE DEBTORS FOR ORDER**
**DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Latex Foam International Holdings, Inc. ("LFI Holdings"), Latex Foam International, LLC ("LFI"), PLB Holdings, LLC ("PLB Holdings"), Pure Latex Bliss, LLC ("PLB") and Latex Foam Assets Acquisition, LLC ("Acquisition"), debtors and debtors-in-possession, (collectively, "Debtors"), respectfully represent:

1.  On May 31, 2014 (the "Petition Date") the Debtors filed voluntary petitions for relief pursuant to Chapter 11 of Title 11, United States Code, Section 101 et. seq. (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Connecticut, Bridgeport Division. In accordance with Sections 1107 and 1108 of the Bankruptcy Code, the Debtors are authorized to

continue in possession of their respective properties and operate and manage their respective businesses as debtors-in-possession.

## I. JURISDICTION AND VENUE

2. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Consideration of this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## II. BACKGROUND

3. The Debtors are head-quartered in Shelton, Connecticut. LFI Holdings is a holding company for one hundred percent of the equity interests in LFI and PLB Holdings, and an inactive entity, Dunlop Latex Foam SDN.BHD, located in Malaysia. LFI owns one hundred percent of the equity interests in Acquisition. PLB Holdings is a holding company for one hundred percent of the equity interests in PLB.

4. LFI manufactures foam mattresses and components for mattresses. It has approximately 196 employees. PLB functions as a sales office for the sale and distribution of finished mattresses. Acquisition owns certain assets but does not operate. LFI is primarily liable to Wells Fargo Bank, NA under a revolving credit facility and several term loans. The claims of Wells Fargo are guaranteed by the other Debtors.

### III.  **RELIEF REQUESTED**

5.      Federal Rule of Bankruptcy Procedure 1015(b)(4) provides that "[i]f a joint petition or two or more petitions are pending in the same court by or against a debtor and an affiliate, the Court may order a "joint administration of the estates".  Id.

6.      Joint administration of these cases will avoid the time and expense of duplicate motions and applications, entering duplicate orders and sending of duplicate notices to creditors. The rights of respective creditors of the Debtors will not be adversely affected by joint administration of these cases since each creditor may still file its claim against the particular estate which allegedly owes it money.  In fact, the rights of all creditors will be enhanced by the reduction in cost resulting from joint administration.  The Court will also be relieved of the burden of making duplicate orders and keeping duplicate files.  Finally, supervision of the administrative aspects of the Chapter 11 cases by the Office of the United States Trustee will be simplified.

7. Accordingly, the Debtors respectfully request that the caption of their cases be modified to reflect the joint administration of the Chapter 11 cases as follows:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

----------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| | : | |
| LATEX FOAM INTERNATIONAL, LLC.; | : | CASE NO. 14-50845 |
| PURE LATEX BLISS LLC.; | : | CASE NO. 14-50846 |
| LATEX FOAM INTERNATIONAL | : | CASE NO. 14-50847 |
|    HOLDINGS, INC.; | : | |
| PLB HOLDINGS, LLC | : | CASE NO. 14-50848 |
| LATEX FOAM ASSETS | : | CASE NO. 14-50849 |
|    ACQUISITION, LLC | : | |
| | : | Jointly Administered under |
| Debtors | : | Case No. 14-50845 |

----------------------------------------------------X

8. The Debtors also seek the Court's direction that a notation substantially similar to the following notation be entered on the docket of each of the Debtors to reflect the joint administration of the cases:

> An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 cases of Latex Foam International, Inc. and its affiliates and the docket and case number 14-50845 should be consulted for all matters affecting this case.

4

9.    Finally, the Debtors seek authority to file monthly operating reports required by the United States Trustee operating guidelines on a consolidated basis if the Debtors determine, after consultation with and the consent of the United States Trustee, that such consolidated reports would further administrative economy and efficiency, without prejudice to any party in interest and would accurately reflect the Debtors' consolidated business operations and financial affairs.

10.    No examiner, trustee or creditors committee has been appointed in any of the above-captioned cases.

11.    No previous request for the relief sought herein has been made to this or any Court.

WHEREFORE, the Debtors respectfully request that the Court enter the attached Order providing for the joint administration of the respective bankruptcy estates of Latex Foam International Holdings, Inc., Latex Foam International, LLC, PLB Holdings, LLC, Pure Latex Bliss,

LLC and Latex Foam Assets Acquisition, LLC pursuant to Federal Bankruptcy Procedure 1015(b) and grant such other and further relief as this Court deems just and proper.

Dated this 2nd day of June, 2014

                LATEX FOAM INTERNATIONAL HOLDINGS, INC.
                LATEX FOAM INTERNATIONAL, LLC
                PLB HOLDINGS, LLC
                PURE LATEX BLISS, LLC
                LATEX FOAM ASSETS ACQUISITION, LLC
                THE DEBTORS

By:     */s/ James Berman*
      James Berman (ct06027)
      Craig I. Lifland (ct00976)
      ZEISLER & ZEISLER, P.C.
      10 Middle Street
      15th Floor
      Bridgeport, CT  06604
      Tel. 203-368-4234
      Fax 203-549-0960
      Email: jberman@zeislaw.com
      Its Attorneys