**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

```
---------------------------------------------------X
In re:                                             :    CHAPTER 11

LATEX FOAM INTERNATIONAL, LLC.;   :                     CASE NO. 14-50845
PURELATEX BLISS, LLC.;            :                     CASE NO. 14-50846
LATEX FOAM INTERNATIONAL          :                     CASE NO. 14-50847
   HOLDINGS, INC.;                :
PLB HOLDINGS, LLC                 :                     CASE NO. 14-50848
LATEX FOAM ASSETS                 :                     CASE NO. 14-50849
   ACQUISITION, LLC               :
                                  :
            Debtors               :
---------------------------------------------------X
```

**MOTION FOR AUTHORITY TO USE CASH
<u>COLLATERAL AND TO PROVIDE ADEQUATE PROTECTION</u>**

Latex Foam International, LLC, ("LFI"), Latex Foam International Holdings, Inc. ("Holdings"), PLB Holdings, LLC ("PLB Holdings"), Pure Latex Bliss, LLC ("PLB") and Latex Foam Assets Acquisition, LLC ("Acquisitions") (collectively the "Debtors") debtors and debtors-in-possession, by their undersigned attorneys, hereby move pursuant to 11 U.S.C. § 363(c) and Federal Rule of Bankruptcy Procedure 4001, for preliminary and final orders authorizing use of cash collateral and granting adequate protection, and as grounds therefore state as follows:

## I.

## JURISDICTION AND VENUE

This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Consideration of this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## II.

## BACKGROUND

1. On May 30, 2014, LFI filed a voluntary petition for the relief afforded under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). In accordance with the provisions of 11 U.S.C. §§ 1107 and 1108 of the Bankruptcy Code, the Debtors are authorized to continue to operate their businesses as a debtors-in-possession. No trustee or examiner has been appointed in these proceedings.

2. The Debtors are head-quartered in Shelton, Connecticut. Holdings is a holding company which owns one hundred percent of the equity interests in LFI, PLB Holdings, and an inactive entity, Dunlop Latex Foam SDN.BHD, located in Malaysia.

3. LFI manufactures foam mattresses and components for mattresses. It has approximately196 employees. It also owns one hundred percent of Acquisition which owns certain assets but does not operate. PLB functions as a sales office for the sale and distribution of finished mattresses. PLB is wholly owned by PLB Holdings, which is a holding company.

## III

## WELLS FARGO SECURED CLAIMS

4. Wells Fargo Bank, N.A. (hereafter "Wells Fargo") asserts secured claims of approximately $16,500,000.00 against the Debtor's assets including cash collateral as provided under §§361 and 363 of the Bankruptcy Code.

## IV

## **RELIEF REQUESTED**

5. To the extent Wells Fargo's liens constitute duly perfected, non-avoidable liens against the assets of the Debtors', and specifically against the Debtor's cash and accounts receivable, then the Debtors' cash and cash receipts constitute "cash collateral," as such term is defined under Code § 363. In order to operate and to preserve the value of the Debtors' assets, the Debtors will be required to use and disburse cash collateral during the period ending June 30, 2014, (the "Preliminary Period") following the Petition Date, in order to avoid immediate and irreparable harm to the Debtors. A monthly budget reflecting necessary disbursements for the Preliminary Period is attached to this Motion as **Exhibit A** (the "Budget"). The Debtors further request a ten (10%) percent variance from any line item on the Budget and to vary from the Budget by amounts in excess of ten (10%) percent upon the consent of Wells Fargo.

6. As adequate protection against any post-petition date erosion of Wells Fargo's cash collateral within the meaning of §§ 361 and 363 of the Bankruptcy Code, the Debtors propose to grant to Wells Fargo a replacement lien in all after acquired cash collateral to the same extent, priority and validity as existed on the Petition Date, subject and subordinate to a carve-out of the replacements lien for amounts payable by the Debtor for (i) fees payable to the United States trustee pursuant to §1930(a)(6) of Title 28 of the Unites States Code; (ii) accrued and unpaid wages, and (iii) approved fees and expenses of the Debtors' professionals.

7. The relief sought herein is necessary to the continued operation of the Debtors' and the maintenance and preservation of the Debtors' businesses. If the Debtors' are not granted the relief sought herein, then the Debtors will suffer irreparable harm in that the value of certain assets of the Debtors will be greatly diminished or destroyed.

8. Additionally, this Motion requests a final hearing for the authority to use cash collateral on or before June 30, 2014.

WHEREFORE, the Debtors respectfully request that this Court enter an Order granting i) the preliminary and final relief sought herein and ii) such further relief as this Court deems just and proper.

Dated:   June 2, 2014

        THE DEBTORS,
        LATEX FOAM INTERNATIONAL, INC.
        PURE LATEXBLISS, LLC

By:   /s/ James Berman
      James Berman, Esq. (ct06027)
      Craig I. Lifland, Esq.  (ct00976 )
      Zeisler & Zeisler, P.C.
      10 Middle Street, 15th floor
      Bridgeport, CT  06604
      Telephone: 203-368-4234
      Email:  jberman@zeislaw.com